IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MICHELLE ARYELLAH JOHNSON,

        Plaintiff,                  No.  3:14-cv-368-PK

    v.

U.S. DEPARTMENT OF HEALTH AND        ORDER
HUMAN SERVICES, OREGON HEALTH
AUTHORITY, and FAMILY CARE, INC.,

        Defendants.

HERNÁNDEZ, District Judge:

      Magistrate Judge Papak issued a Findings and Recommendation [55] on September 29, 2014, in which he recommends that this Court grant in part Defendant Oregon Health Authority's motion [15] to dismiss Plaintiff's claims for lack of subject-matter jurisdiction and grant in full the motion to dismiss based on ripeness grounds. In addition, Judge Papak recommends that this Court dismiss Plaintiff's claims *sua sponte* on ripeness grounds to the extent alleged against Defendants Department of Health and Human Services and Family Care, Inc. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [55]. Accordingly, this case is dismissed.

IT IS SO ORDERED.

DATED this 2 day of Dec, 2014.

/s/ Marco Hernandez
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER